IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANGELINA GUTIERREZ,

       **Plaintiff,**

vs.                                         Case No. 2:15-cv708-WJ-GJF

CORIZON HEALTH, INC.,

       **Defendant.**

## NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Angelina Gutierrez, by and through her counsel of record, Garcia Ives Nowara (Matthew L. Garcia) and Corizon Health, Inc., by and through its counsel of record, Chapman and Charlebois, P.C. (Nicole M. Charlebois and Robert J. Johnston), pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) hereby give notice of stipulation of dismissal with prejudice of Plaintiff's Amended Complaint and all causes of action that were or could have been filed therein with each party to bear their own attorneys' fees and costs.

                                         Respectfully submitted,

                                         **GARCIA IVES NOWARA**

                                         */s/ Matthew L. Garcia*

                                         Matthew L. Garcia
                                         924 Second Street NW, Suite A
                                         Albuquerque, NM 87102
                                         Tel: (505) 899-1030
                                         matt@ginlawfirm.com
                                         *Attorneys for Plaintiff*

                                         AND

**CHAPMAN AND CHARLEBOIS, P.C.**

<u>/s/ Nicole M. Charlebois March 17, 2017</u>
Nicole M. Charlebois
Robert J. Johnston
P.O. Box 92438
Albuquerque, NM  87199
Tel: (505) 242-6000
nicole@cclawnm.com
robert@cclawnm.com
*Attorneys for Corizon Health, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Respectfully submitted,

_____

Matthew L. Garcia